**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Julio PEREZ–RODRIGUEZ,**
**Defendant—Appellant.**

No. 08–7079.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 22, 2008.

Louis Carr Allen, III, Federal Public Defender, Thomas Norman Cochran, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Perez–Rodriguez appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Perez–Rodriguez*, No. 6:89–cr–00203–NCT–4 (M.D.N.C. June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*